UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAROL LEDESMA,

Defendants.

**SCHEDULING ORDER**

7:26-cr-307-12 (PMH)

A Change of Plea Hearing is scheduled for December 3, 2026 at 10:00 a.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
November 17, 2026

Philip M. Halpern
United States District Judge